## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOROTHY CATIZONE,** | : | **CIVIL ACTION NO. 3:17-CV-1209** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **NANCY A. BERRYHILL,**[1] | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 17th day of September, 2018, upon consideration of the

report (Doc. 8) of Magistrate Judge William I. Arbuckle, recommending that the

court deny the appeal of Dorothy Catizone ("Catizone") from the decision of the

administrative law judge denying Catizone's application for a period of disability

and disability insurance benefits, and it appearing that Catizone has not objected to

the report, see FED. R. CIV. P. 72(b)(2), and the court observing that failure of a party

to timely object to a magistrate judge's conclusions "may result in forfeiture of *de*

*novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir.

2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as

a matter of good practice, a district court should "afford some level of review to

dispositive legal issues raised by the report," Henderson, 812 F.2d at 878; see also

Taylor v. Comm'r of Soc. Sec., 83 F. Supp. 3d 625, 626 (M.D. Pa. 2015) (citing Univac

---

[1] Due to the Federal Vacancies Reform Act, 5 U.S.C. § 3345 *et seq.*, former acting Commissioner of Social Security Nancy A. Berryhill is currently presiding as the Deputy Commissioner for Operations of the Social Security Administration. For consistency purposes, however, we continue to refer to Ms. Berryhill as "the Commissioner."

Dental Co. v. Dentsply Int'l, Inc., 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010)), in order

to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P.

72(b), advisory committee notes, and, following an independent review of the

record, the court being in agreement with Judge Arbuckle that the decision of the

administrative law judge is "supported by substantial evidence," 42 U.S.C. § 405(g);

Fargnoli v. Massanari, 247 F.3d 34, 38 (3d Cir. 2001), and concluding that there is no

clear error on the face of the record, it is hereby ORDERED that:

1.    The report (Doc. 8) of Magistrate Judge Arbuckle is ADOPTED.

2.    The decision of the Commissioner denying Catizone's application for a
      period of disability and disability insurance benefits is AFFIRMED.

3.    The Clerk of Court shall enter judgment in favor of the Commissioner
      and against Catizone as set forth in paragraph 2.

4.    The Clerk of Court is directed to CLOSE this case.


                                    /S/ CHRISTOPHER C. CONNER
                                    Christopher C. Conner, Chief Judge
                                    United States District Court
                                    Middle District of Pennsylvania